IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

HUDSON ANDERSON

    Plaintiff,

vs.                                  CASE NO.: 1:11-CV-164-SPM/GRJ

GLAXOSMITHKLINE LLC, et al.,

    Defendants.

_____/

**ORDER STAYING ALL PROCEEDINGS
PENDING MDL TRANSFER**

THIS CAUSE comes before the Court upon the Defendant Glaxosmithkline, LLC's ("GSK") Unopposed Motion to Stay Proceedings and Extend Time to Respond to the Complaint (doc. 4) pending transfer of this case. This is a suit to recover damages for personal injuries allegedly arising out of GSK's prescription medication Avandia®. Defendant GSK requests that this Court stay all proceedings pending transfer of this case by the Judicial Panel on Multidistrict Litigation ("JPML") to *In re Avandia® Marketing, Sales Practices & Products Liability Litigation*, MDL No. 1871, which is a consolidation of actions concerning claims for relief by Avandia® users arising out of the same types of allegations as Plaintiff makes in this case. JPML has already indicated that related actions will be treated as potential tag-along actions.

This Court finds that the parties would suffer no prejudice by staying this case, and the interests of judicial economy are best served by granting a stay pending a decision from JPML about whether to transfer this case. Accordingly, it is

ORDERED AND ADJUDGED as follows:

1. Defendant's motion to stay (doc. 4) is hereby **granted**.

2. All proceedings in this case are temporarily stayed, pending JPML's final decision on whether to transfer this action to MDL No. 1871.

3. Parties shall file a status report as soon as the transfer has occurred apprising the Court of the pendency of the transfer.

4. If JPML denies the transfer, GSK shall immediately notify this court. The stay will remain in effect until thirty (30) days following the date of JPML's order, at which time GSK shall submit a response to Plaintiff's complaint.

DONE AND ORDERED this 9th day of September, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge